Sandford L. Frey (State Bar No. 117058)
Robyn B. Sokol (State Bar No. 159506)
**LEECH TISHMAN FUSCALDO & LAMPL, INC.**
200 S. Los Robles Avenue, Suite 300
Pasadena, California 91101
Telephone: (626) 796-4000; Facsimile: (626) 795-6321
E-mail: *sfrey@leechtishman.com*
         *rsokol@leechtishman.com*

(Proposed) Attorneys for Hawkeye Entertainment, LLC
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO DIVISION

| | |
|---|---|
| In re<br><br>**HAWKEYE ENTERTAINMENT, LLC**<br><br>Debtor and Debtor-in-Possession. | CASE NO.: 1:23-bk-11501-MB<br><br>**Chapter 11**<br><br>**NOTICE OF CASE MANAGEMENT CONFERENCE**<br><br>Date: November 28, 2023<br>Time: 1:30 p.m.<br><br>[Hearing will be conducted remotely, using ZoomGov video and audio]<br><br>Meeting URL:<br>  https://cacb.zoomgov.com/j/1606784729<br><br>Meeting ID: 160 678 4729<br>Password: 594103<br>Telephone: 1 (669) 254 5252 or<br>              1 (646) 828 7666 |

**TO THE TWENTY LARGEST UNSECURED CREDITORS, ALL SECURED CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING NOTICE:**

**PLEASE TAKE NOTICE** that on November 28, 2023 at 1:30 p.m. the United States Bankruptcy Court, the Honorable Martin R. Barash, presiding, shall conduct a status conference in the above captioned Chapter 11 case of Hawkeye Entertainment, LLC;

1

1    **PLEASE TAKE FURTHER NOTICE** that a copy of the Order Setting Scheduling and Case Management Conference entered on October 24, 2023 ("**Case Management Order**") is attached hereto; and

    **PLEASE TAKE FURTHER NOTICE** that pursuant to the Case Management Order, the Case Management conference will be conducted remotely, using ZoomGov video and audio as set forth below:

| | |
|---|---|
| Meeting URL: | https://cacb.zoomgov.com/j/1606784729 |
| Meeting ID: | 160 678 4729 |
| Password: | 594103 |
| Telephone: | 1 (669) 254 5252 or 1 (646) 828 7666 |

DATED:  November 13, 2023      LEECH TISHMAN FUSCALDO & LAMPL, INC.

          By: /s/ Robyn B. Sokol
          Robyn B. Sokol
          (Proposed) Reorganization Attorneys for
          Hawkeye Entertainment, LLC
          Debtor and Debtor-in-Possession

# Attachment

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>HAWKEYE ENTERTAINMENT, LLC<br><br>Debtor. | Case No.: 1:23-bk-11501-MB<br><br>Chapter 11<br><br>**ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE**<br><br>Hearing<br><br>Date: November 28, 2023<br>Time: 1:30 pm<br><br>The hearing will be conducted remotely, using ZoomGov video and audio:<br><br>URL:<br>https://cacb.zoomgov.com/j/1606784729<br>Meeting ID: 160 678 4729<br>Password: 594103<br>Telephone Numbers: **1 (669) 254 5252**<br>　　　　　　　　　　or **1 (646) 828 7666** |

FILED OCT 24 2023 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

ENTERED OCT 24 2023 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

|   |   |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 105(d), and (if applicable) 11 |
| 2 | U.S.C. § 1188(a), the Court will conduct a status conference in this case on the date and time set |
| 3 | forth above. |
| 4 | **PLEASE TAKE FURTHER NOTICE** that, based upon the Court's records and evidence |
| 5 | presented at the status conference, the Court may do one or more of the following at the status |
| 6 | conference (or at any continued hearing) without further notice: |
| 7 | A.  Dismiss the case; |
| 8 | B.  Convert the case to another chapter; |
| 9 | C.  Order the appointment of a chapter 11 trustee; |
| 10 | D.  Establish deadlines for the filing of claims, requests for payment of expenses of |
| 11 | administration and/or objections to claims; |
| 12 | E.  Set deadlines for filing or soliciting acceptances of a proposed plan and (if |
| 13 | applicable) a disclosure statement by the debtor or any other party in interest; |
| 14 | F.  Fix the scope and format of the notice to be provided regarding the hearing on |
| 15 | approval of the disclosure statement (if applicable); |
| 16 | G.  Provide that the hearing on approval of the disclosure statement (if applicable) may |
| 17 | be combined with the hearing on confirmation of the plan; |
| 18 | H.  Set a deadline for confirmation of a plan; |
| 19 | I.  Set deadlines for compliance with reporting and other chapter 11 debtor in |
| 20 | possession requirements; |
| 21 | J.  Set deadlines for the assumption or rejection of executory contracts or unexpired |
| 22 | leases; and/or |
| 23 | K.  Refer matters to mediation. |
| 24 | **IT IS ORDERED** as follows: |
| 25 | 1.  Not less than fourteen calendar days prior to the date scheduled for the initial status |
| 26 | conference, the debtor in possession shall serve a copy of this Order on the United States Trustee, |
| 27 | all secured creditors, any creditors committee or equity committee appointed in the case and |
| 28 |   |

counsel for any such committees (or the 20 largest unsecured creditors, if no creditors committee has been appointed), and any parties requesting notice pursuant to Local Bankruptcy Rule 2002-1(b) or Local Bankruptcy Rule 2002-1(e). In addition to the parties listed above, subchapter V small business debtors are required to serve a copy of this Order on the subchapter V trustee. In cases which are *not* small business cases in which a chapter 11 trustee has been appointed, the chapter 11 trustee shall serve this Order as required above. For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

2. Not less than fourteen calendar days prior to the date scheduled for every initial or continued status conference, the debtor in possession shall file and serve a written status report on the parties identified in paragraph 1, unless the Court has expressly relieved the debtor in possession of the obligation to file a written status report. Subchapter V small business debtors are required to use the Court's mandatory form F 2015.3-SUBV.STATUS.RPT. Failure to timely file a status report may result in sanctions including dismissal, conversion, or the appointment of a trustee. In addition to the parties listed above, subchapter V small business debtors are required to serve a copy of this Order on the subchapter V trustee. In cases which are *not* small business cases in which a chapter 11 trustee has been appointed, the chapter 11 trustee shall serve this Order and the requisite status reports. Unless otherwise ordered by the Court, for debtors who are not subchapter V small business debtors, each chapter 11 status report must contain the following:

    (a)    A brief description of the debtor's business and operations, if any, and the principal assets and liabilities of the estate.

    (b)    Brief answers to the following questions:

        (1)    What precipitated the filing of this case?

        (2)    What does the debtor hope to accomplish in this case?

        (3)    What are the principal business and financial problems facing the debtor and how does the debtor intend to address these problems?

    (4) What are the main legal disputes facing the debtor and likely to be encountered during this case, and how does the debtor recommend that these disputes be resolved?

    (5) What is the debtor's estimate regarding timing for confirmation of a plan?

    (6) Is the debtor a "health care business" as defined in 11 U.S.C. § 101(27A)?

    (7) Is the debtor a small business debtor as defined in 11 U.S.C. § 101(51D)?

    (8) Is this case a single asset real estate case as contemplated in 11 U.S.C. § 101(51B)?

    (9) Has the debtor complied with all of its duties under 11 U.S.C. §§ 521, 1106, 1107, and (if applicable) 1116, F.R.B.P. 1007 and all applicable guidelines of the Office of the United States Trustee?

    (10) Do any parties claim an interest in cash collateral of the debtor? Is the debtor using cash that any party claims as its cash collateral, and if so, on what date did the debtor obtain an order authorizing the use of such cash or the consent of the party?

  (c) The identity of all professionals retained or to be retained by the estate, the dates on which applications for the employment of such professionals were filed or submitted to the United States Trustee, the dates on which orders were entered regarding such applications (if any), and a general description of the services to be rendered by each such professional. The initial status report should include an estimate of the expected amount of compensation for each professional. Subsequent status reports should provide estimates of the amounts actually incurred, as well as updated estimates of the additional fees and expenses anticipated.

4

|   |     |                                                                                                 |
|---|-----|-------------------------------------------------------------------------------------------------|
|   | (d) | Evidence regarding projected income, expenses, and cash flow. In the initial status report, this should cover the first six months of the case and contain a comparison to actual results for the 12 months preceding the filing of the case. For all small business debtors, in addition to projections for the first six months of the case, the initial status report must identify the docket number of any previously filed financial statements required under 11 U.S.C. § 1116(1). In subsequent reports, this should show actual performance during the case, a comparison to the debtor's postpetition budget, and a projection of six months going forward. |
|   | (e) | In the initial status report, proposed deadlines for the filing of claims. In subsequent reports, the status of efforts to resolve and/or object to claims. |
|   | (f) | A discussion of the unexpired leases and executory contracts to which the debtor is a party, including the debtor's intentions, a proposed timetable for addressing such leases and contracts, and the status of those efforts. |
|   | (g) | In the initial status report, whether the debtor anticipates the sale of any estate assets by motion or in connection with a plan. In subsequent reports, the status of those efforts. |
|   | (h) | In the initial status report, a proposed deadline for the filing of a disclosure statement (if applicable) and plan, as well as a description any progress made towards developing and/or negotiating a plan. For subchapter V small business debtors, the deadline to file a plan is 90 days after the petition date pursuant to 11 U.S.C. § 1189(b). Subchapter V small business debtors must detail in their initial status report the efforts they have undertaken and will undertake to attain a consensual plan of reorganization. In subsequent reports, all debtors must provide updates regarding the status of those efforts. |

3. Subsequent status reports must highlight changes and developments since the previous chapter 11 status reports were filed.

4. The debtor, debtor's counsel, the trustee (if applicable) and counsel for creditors' and equity committees, if any, must appear at the status conference.

Dated:    10/24/23

Honorable Martin R. Barash

# CERTIFICATE OF MAILING

I Hereby Certify that a copy of the ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE attached hereto was served either by Notice of Electronic Filing ("NEF") or by U.S. Mail, as indicated below, to the following parties on October 24, 2023

**Electronic Mail Notice List**

- **Russell Clementson**    russell.clementson@usdoj.gov

- **Sandford L. Frey**    sfrey@leechtishman.com, lmoya@leechtishman.com;dmulvaney@leechtishman.com;rsokol@leechtishman.com;kgutierrez@leechtishman.com;NArango@LeechTishman.com

- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

**U.S. Mail**

Dated: 10/24/23                                         /s/ Julie Cetulio
                                                        Courtroom Deputy

All hearings on this calendar will be conducted in Courtroom 303 at 21041 Burbank Boulevard, Woodland Hills, California, 91367. All parties in interest, members of the public and the press may attend the hearings on this calendar in person.

Additionally, (except with respect to evidentiary hearings, or as otherwise ordered by the Court) parties in interest (and their counsel) may connect by ZoomGov audio and video free of charge, using the connection information provided below. Members of the public and the press may only connect to the zoom audio feed, and only by telephone. Access to the video feed by these individuals is prohibited.

Parties in interest may participate by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone or Android phone). Members of the public, the press and parties in interest may participate by audio only using a telephone (standard telephone charges may apply).

Neither a Zoom nor a ZoomGov account is necessary to participate remotely and there are no fees for doing so. No pre-registration or prior approval is required.

The audio portion of each hearing will be recorded electronically by the Court and that recording will constitute its official record. Recording, retransmitting, photographing or imaging Court proceedings by any means is strictly prohibited.

| | |
|---|---|
| Video/audio web address: | https://cacb.zoomgov.com/j/1606784729 |
| ZoomGov meeting number: | 160 678 4729 |
| Password: | 594103 |
| Telephone conference lines: | 1 (669) 254 5252 or 1 (646) 828 7666 |

For more information on appearing before Judge Barash by ZoomGov, please see the information entitled "Tips for a Successful ZoomGov Court Experience" on the Court's website at: https://www.cacb.uscourts.gov/judges/honorable-martin-r-barash under the tab "Telephonic Instructions."

**Judge Barash seeks to maintain a courtroom in which all persons are treated with dignity and respect, irrespective of their gender identity, expression or preference. To that end, individuals are invited to identify their preferred pronouns (he, she, they, etc.) and their preferred honorific (Mr., Miss, Ms., Mrs., Mx, M, etc.) in their screen name, or by advising the judge or courtroom deputy.**

Case 1:23-bk-11501-MB    Doc 27    Filed 11/13/23    Entered 11/13/23 15:22:20    Desc
Main Document    Page 12 of 14

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **200 South Los Robles Avenue, Suite 300 Pasadena, California 91101**.

A true and correct copy of the foregoing document entitled **NOTICE OF CASE MANAGEMENT CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 13, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Steve Burnell**    Steve.Burnell@gmlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com

- **Russell Clementson**    russell.clementson@usdoj.gov

- **Sandford L. Frey**    sfrey@leechtishman.com, lmoya@leechtishman.com;dmulvaney@leechtishman.com;rsokol@leechtishman.com;kgutierrez@leechtishman.com;NArango@LeechTishman.com

- **Alan G Tippie**    Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

☐    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **November 13, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **(date)**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

1

4879-5776-8846, v. 1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 13, 2023 | Lydia Moya | /s/ Lydia Moya |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

4879-5776-8846, v. 1

**2. TO BE SERVED VIA UNITED STATES MAIL:**

| | |
|---|---|
| Ahmed Al Goud<br>P O Box 10211<br>Dubai, UAE | New Vision Horizon LLC<br>304 S Kingsley Drive<br>Los Angeles, CA 90020 |
| Laurentiu Beada<br>10626 Valley Spring Unit 204<br>North Hollywood, CA 91602 | Robert Guichard<br>1578 35th Avenue<br>San Francisco, CA 94122 |
| Rene Vardapour<br>943 Andover Drive<br>Burbank, CA 91504 | SEG<br>100 West Broadway<br>Suite No 1130<br>Glendale, CA 91210 |
| Saybian Gourmet Inc<br>14242 Ventura Blvd Suite 212<br>Sherman Oaks, CA 91423 | Social Entertainment Group<br>17412 Ventura Boulevard<br>Suite 35<br>Encino, CA 91316 |
| U S. Small Business Administration<br>1545 Hawkins Blvd<br>Suite 202<br>El Paso, TX 79925 | U.S. Small Business Administration<br>Office of the General Counsel<br>312 N. Spring Street, 5th Floor<br>Los Angeles, CA 90012 |
| U.S. Small Business Administration<br>Office of Disaster Assistance<br>14925 Kingsport Rd<br>Fort Worth, TX 76155 | |

3

4879-5776-8846, v. 1