Sandford L. Frey (State Bar No. 117058)
Robyn B. Sokol (State Bar No. 159506)
**LEECH TISHMAN FUSCALDO & LAMPL, INC.**
200 S. Los Robles Avenue, Suite 300
Pasadena, California 91101
Telephone: (626) 796-4000; Facsimile: (626) 795-6321
E-mail: *sfrey@leechtishman.com*
          *rsokol@leechtishman.com*

(Proposed) Attorneys for Hawkeye Entertainment, LLC
Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO DIVISION

| | |
|---|---|
| In re<br><br>**HAWKEYE ENTERTAINMENT, LLC**<br><br>Debtor and Debtor-in-Possession. | **CASE NO.: 1:23-bk-11501-MB**<br><br>**Chapter 11**<br><br>**VOLUNTARY DISMISSAL OF MOTION FOR ORDER APPROVING STIPULATION FOR ADEQUATE PROTECTION AND USE OF CASH COLLATERAL; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION IN SUPPORT THEREOF**<br><br>Date:    November 28, 2023<br>Time:    1:30 p.m.<br>Ctrm:    303<br>          United States Bankruptcy Court<br>          21041 Burbank Boulevard<br>          Woodland Hills, CA 91367<br><br>[Relates to Docket No. 17] |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, U.S. SMALL BUSINESS ADMINISTRATION AND ITS COUNSEL, THE 20 LARGEST UNSECURED CREDITORS, AND OTHER INTERESTED PARTIES:**

On November 7, 2023, Debtor Hawkeye Entertainment, LLC filed a *Motion for Order Approving Stipulation for Adequate Protection and Use of Cash Collateral; Memorandum of Points*

---
1
VOLUNTARY DISMISSAL MOTION

*and Authorities and Declaration In Support Thereof* ("**Motion**") [Docket No. 17] which was inadvertently filed under the incorrect event code.  The Motion was refiled on November 7, 2023 under the correct event code as [Docket No. 20].  The Debtor hereby voluntarily withdraws and dismisses the Motion filed at [Docket No. 17].  Nothing herein shall affect the Motion filed as [Docket No. 20].

DATED:  November 10, 2023              LEECH TISHMAN FUSCALDO & LAMPL, INC.

                                       By: /s/ Sandford L.Frey
                                       Sandford L. Frey
                                       (Proposed) Reorganization Attorneys for
                                       Hawkeye Entertainment, LLC
                                       Debtor and Debtor-in-Possession

4859-0079-7071, v. 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  **200 South Los Robles Avenue, Suite 300 Pasadena, California 91101**.

A true and correct copy of the foregoing document entitled (*specify*) **VOLUNTARY DISMISSAL OF MOTION FOR ORDER APPROVING STIPULATION FOR ADEQUATE PROTECTION AND USE OF CASH COLLATERAL; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **November 10, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Steve Burnell**    Steve.Burnell@gmlaw.com,
  sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com

- **Russell Clementson**    russell.clementson@usdoj.gov

- **Sandford L. Frey**    sfrey@leechtishman.com,
  lmoya@leechtishman.com;dmulvaney@leechtishman.com;rsokol@leechtishman.com;kgutierrez@leechtishman.com;NArango@LeechTishman.com

- **Alan G Tippie**    Alan.Tippie@gmlaw.com,
  atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

☐    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **(date)**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **(date)**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 10, 2023 | Lydia Moya | /s/ Lydia Moya |
|---|---|---|
| Date | Printed Name | Signature |

LEECH TISHMAN FUSCALDO & LAMPL, INC.
200 SOUTH LOS ROBLES AVENUE, SUITE 300
PASADENA, CALIFORNIA 91101
626.796.4000

1

4879-5776-8846, v. 1